LODGED

ORIGINAL

```
SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
KENT A. KAWAKAMI (Cal. State Bar No. 149803)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4858
    Fax: (213) 894-7819
    E-mail: kent.kawakami@usdoj.gov
```

2017 SEP 27 PM 3:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____

**FILED**
OCT 2, 2017
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY MKU
Deputy Clerk, U.S. District Court

**UNDER SEAL**

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL],<br><br>　　　Plaintiff[s],<br><br>　　v.<br><br>[UNDER SEAL],<br><br>　　　Defendant[s]. | No. SACV 16-01828 CJC (KESx)<br><br>[~~PROPOSED~~] ORDER RE UNSEALING OF CASE<br><br>[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED CONCURRENTLY UNDER SEAL: STIPULATION RE UNSEALING OF CASE] |

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
KENT A. KAWAKAMI (Cal. State Bar No. 149803)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4858
    Fax: (213) 894-7819
    E-mail: kent.kawakami@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHAEL EDMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>MA LABORATORIES, INC., iMICRO, INC., SOLE SOURCE TECHNOLOGY, LLC,<br><br>    Defendants. | No. SACV 16-01828 CJC (KESx)<br><br>[~~PROPOSED~~] ORDER RE UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: STIPULATION RE UNSEALING OF CASE] |

On June 12, 2017, the United States of America ("United States") declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). On July 14, 2017, the Court filed an Order re Unsealing of Certain Documents ("July 14 Order") that the *qui tam* plaintiff's (the "Relator's") Complaint, the Relator's pro hac vice applications and orders, the Notice of Election to Decline Intervention, the Stipulation Re Unsealing of Certain Documents, and the July 14 Order should be unsealed. All other papers filed or lodged prior to July 14, 2017 in this action remain under seal ("Sealed Documents").

The United States and the Relator having stipulated to the unsealing of the entire case, with the exception of the Sealed Documents, the Court now orders that, with the exception of the Sealed Documents, this case is unsealed.

IT IS SO ORDERED.

Dated: October 2, 2017

_____
UNITED STATES DISTRICT JUDGE

1