IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA *ex rel.* MICHAEL EDMAN, | Case No. 8:16-cv-01828-CJC-KES |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT SOLE SOURCE TECHNOLOGY, LLC** |
| v. | |
| MA LABORATORIES, INC., IMICRO, INC., SOLE SOURCE TECHNOLOGY, LLC, | |
| Defendants. | |

Having reviewed and considered the *Stipulation to Dismiss with Prejudice Plaintiff-Relator's Claims Against Defendant Sole Source Technology, LLC* ("Stipulation"), and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is GRANTED.
2. With respect to the Covered Conduct[1], as that term is defined in the Settlement Agreement, this action is dismissed against Defendant Sole Source Technology, LLC with prejudice as to the United States and Plaintiff-Relator Michael Edman, subject to the terms of the Settlement Agreement dated January 2, 2020.
3. With respect to conduct other than the Covered Conduct, as that term is defined in the Settlement Agreement, and subject to the terms and conditions of the Settlement Agreement:
    a. This action is dismissed against Defendant Sole Source Technology, LLC without prejudice to the United States; and
    b. This action is dismissed against Defendant Sole Source Technology, LLC with prejudice to the Plaintiff-Relator Michael Edman.

**IT IS SO ORDERED**.

Dated:  January 28, 2020

_____
HON. CORMAC J. CARNEY
DISTRICT COURT JUDGE

---

[1] All capitalized terms should have the same meaning assigned to them in the Settlement Agreement and Stipulation.