# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHAEL EDMAN,<br><br>Plaintiff,<br><br>vs.<br><br>MA LABORATORIES, INC., IMICRO, INC.<br><br>Defendants. | CASE NO. 8:16-cv-01828-CJC-KES<br>[The Honorable Cormac J. Carney]<br><br>**ORDER MODIFYING SCHEDULE** |

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the deadlines are extended as follows:

| | |
|---|---|
| Discovery Cutoff (including motions – filed and heard prior to this date) | October 16, 2020 |
| Last Day for Motions to be heard (including motions to join or amend the pleadings) | November 16, 2020 |
| Expert Disclosure Cutoff | December 3, 2020 |
| Pretrial Conference | February 8, 2021 at 3:00 p.m. |
| Trial | February 16, 2021 at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: June 9, 2020

Honorable Cormac J. Carney
Chief U.S. District Judge

2
**ORDER MODIFYING SCHEDULE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER MODIFYING SCHEDULE**